```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 12-50441-tww
Jess Michael Lancaster                                              Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0418-6        User: glenn           Page 1 of 2           Date Rcvd: Jun 04, 2013
                            Form ID: pdf013       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db            +Jess Michael Lancaster,    150 Exeter Court,   Winston Salem, NC 27103-5999
784946349      Wells Fargo Bank NA,    PO Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                     Signature:    _Joseph Speetjens_

```
                         United States Bankruptcy Court
                         Middle District of North Carolina
```

In re:                                                              Case No. 12-50441-tww
Jess Michael Lancaster                                              Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0418-6        User: glenn           Page 1 of 2           Date Rcvd: Jun 04, 2013
                            Form ID: pdf013       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db            +Jess Michael Lancaster,    150 Exeter Court,   Winston Salem, NC 27103-5999
784946349      Wells Fargo Bank NA,    PO Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                     Signature:    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2013 at the address(es) listed below:

        Kathryn L. Bringle,    office@chapter13ws.com
        Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
        Wendell Wes  Schollander, III    on behalf of Debtor Jess Michael Lancaster
         schollanderlaw@bellsouth.net

                                                                                     TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: ) **Motion and Notice**
 ) **Chapter 13**
JESS MICHAEL LANCASTER )
 ) No: B-12-50441 C-13W
 )
 Debtor )

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

A proof of claim was filed as follows:

    CREDITOR: Wells Fargo Bank, NA
    AMOUNT: $1,174.91

The Creditor filed a secured claim based on a credit card. However, the Creditor has not provided evidence of a perfected lien and there is no basis for classification of the claim as secured.

The Trustee recommends that the Creditor's claim be classified as unsecured.

Date: June 4, 2013      s/ Kathryn L. Bringle
KLB: JMc/vrd      Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by July 5, 2013 with the United States Bankruptcy Court at the address of

    *226 South Liberty Street*
    *Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on July 31, 2013 at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date: June 4, 2013      OFFICE OF THE CLERK
     U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
12-50441 C-13W

JESS MICHAEL LANCASTER
150 EXETER COURT
WINSTON SALEM, NC 27103

WELLS FARGO BANK
P O BOX 10438
DES MOINES, IA 50306-0438

WENDELL "WES" SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM, NC 27104

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115